FILED

17 SEP 21 AM 9:41

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____AD_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Juan Martinez and Guadalupe Martinez §<br>     Plaintiffs, §<br>§<br>v. §<br>§<br>The City of Buda, Demerriel Young, and §<br>Wal-Mart Stores Texas, LLC §<br>     Defendants. § | CIVIL ACTION NO. 1:16-CV-01116-SS |

### ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

On this day, came to be heard the Parties' Joint Motion to Extend Scheduling Order Deadlines and after considering the Motion the Court is of the opinion that the Motion is well taken and should be GRANTED. It is hereby ordered that the Scheduling Order deadlines are extended as follows:

| | |
|---|---|
| The Discovery Deadline is extended to: | November 3, 2017 |
| The Dispositive Motion Deadline is extended to: | December 15, 2017 |

Signed this _20th_ day of _September_ 2017.

_____
Honorable Judge Presiding